Virginia denied. *Messrs. Edwin H. Gibson, John R. Saunders, Collins Denny, Jr.,* and *Edward T. Haynes* for petitioners. *Mr. E. Randolph Williams* for respondent.

No. 656. CAPITOL IRON & METAL CO. ET AL. *v.* ROGERS ET AL. March 4, 1933. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. Hobert Price* for petitioners. *Mr. William F. Collins* for respondents.

No. 664. UNION SOLVENTS CORP. *v.* GUARANTY TRUST CO. ET AL. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. George Wharton Pepper* and *George I. Haight* for petitioner. *Mr. Charles Neave* for respondents.

No. 665. RELMAR HOLDING CO., INC. *v.* MANTON, U. S. JUDGE, ET AL. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Samuel Untermyer* and *Charles Dickerman Williams* for petitioner. *Messrs. Nathan L. Miller, William W. Miller,* and *Charles A. Boston* for respondents.

No. 708. SUFFERN NATIONAL BANK & TRUST CO. *v.* ASH ET AL. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John H. Mariano* for petitioner. *Mr. David Kimmel* for respondents.